MUNGER, TOLLES & OLSON LLP
HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
355 South Grand Avenue,
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

MUNGER, TOLLES & OLSON LLP
ROSEMARIE T. RING (SBN 220769)
Rose.Ring@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
VICTORIA L. BOESCH (SBN 228561)
Victoria.Boesch@mto.com
BRYAN H. HECKENLIVELY (SBN 279140)
Bryan.Heckenlively@mto.com
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant HTC AMERICA, INC.

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN, *pro hac vice*
steve@hbsslaw.com
ROBERT F. LOPEZ, *pro hac vice*
robl@hbsslaw.com
THOMAS E. LOESER (SBN 202724)
toml@hbsslaw.com
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

HAGENS BERMAN SOBOL SHAPIRO LLP
SHANA E. SCARLETT (SBN 217895)
shanas@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COLLEEN FISCHER; KURT FAIRFIELD; HARRY SARAFIAN; DAVID WILLIAMS; STEPHANIE WIRTH; JOHN SWAFFORD; LUKE SZULCZEWSKI; RICHARD ROSENFELD; MICHAEL ZEMARTIS; TIMOTHY DODSON; EVAN BROOKS; MARCUS NEAL; BRIAN SANDSTROM; JOHN WOODS; LEONARD HOBBS; and KENNETH TISHENKEL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARRIER IQ, INC., LG ELECTRONICS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HTC CORPORATION; HTC AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, INC.,,

Defendants.

CASE NO.  5:11-cv-06199 RMW

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

16057050.1

1    WHEREAS the above-referenced plaintiffs filed the above-captioned case;

2    WHEREAS the above-referenced plaintiffs allege violations of the Federal

3    Wiretap Act and other laws by the defendants in this case;

4    WHEREAS over 50 other complaints have been filed to-date in federal district

5    courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

6    cellular telephone and other device users on whose devices software made by defendant Carrier

7    IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ

8    cases");

9    WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

10   Litigation to transfer the CIQ cases to this jurisdiction for coordinated or consolidated pretrial

11   proceedings pursuant to 28 U.S.C. § 1407, and numerous responses to the motion supporting

12   coordination or consolidation have been filed;

13   WHEREAS plaintiffs anticipate the possibility of one or more consolidated

14   amended complaints in the CIQ cases;

15   WHEREAS plaintiffs and defendant HTC America, Inc. have agreed that an

16   orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for

17   the parties and for the Court;

18   WHEREAS plaintiffs agree that the deadline for defendant HTC America, Inc. to

19   answer, move, or otherwise respond to their complaint shall be extended until the earliest of the

20   following dates: (1) forty-five days after the filing of a consolidated amended complaint in the

21   CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs

22   do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court

23   or the MDL transferee court; *provided*, however, that in the event that HTC America, Inc. should

24   agree to an earlier response date in any of these cases, HTC America, Inc. will respond to the

25   complaint in the above-captioned action on that earlier date;

26   WHEREAS plaintiffs further agree that this extension is available, without further

27   stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of

28   their intention to join this Stipulation;

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT & [] ORDER
CASE NO.  5:11-CV-06199 RMW

1    WHEREAS this Stipulation does not constitute a waiver by HTC America, Inc. of

2    any defense, including but not limited to the defenses of lack of personal jurisdiction, subject

3    matter jurisdiction, improper venue, sufficiency of process or service of process;

4    WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation

5    does not constitute a waiver of any defense, including but not limited to the defenses of lack of

6    personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or

7    service of process; and

8    WHEREAS, plaintiffs and defendant HTC America, Inc., as well as any defendant

9    joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that

10   defendants have received litigation hold letters, that they are complying with and will continue to

11   comply with all of their evidence preservation obligations under governing law, and that that the

12   delay brought about by this Stipulation should not result in the loss of any evidence,

13   Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-

14   referenced case and defendant HTC America, Inc., by and through their respective counsel of

15   record, hereby stipulate as follows:

16   1.  The deadline for HTC America, Inc. to answer, move, or otherwise respond to

17       plaintiffs' complaint shall be extended until the earliest of the following dates:

18       forty-five days after the filing of a consolidated amended complaint in these cases;

19       or forty-five days after plaintiffs provide written notice to defendant HTC

20       America, Inc. that plaintiffs do not intend to file a Consolidated Amended

21       Complaint; or as otherwise ordered by this Court or the MDL transferee court;

22       *provided*, however, that in the event that HTC America, Inc. should agree to an

23       earlier response date in any of these cases, except by court order, HTC America,

24       Inc. will respond to the complaint in the above-captioned case on that earlier date.

25   2.  This extension is available, without further stipulation with counsel for plaintiffs,

26       to all named defendants who notify plaintiffs in writing of their intention to join

27       this Stipulation;

28

16057050.1                                   - 2 -        STIPULATION TO EXTEND TIME TO RESPOND TO
                                                          COMPLAINT & [] ORDER
                                                          CASE NO.  5:11-CV-06199 RMW

1        3.  This Stipulation does not constitute a waiver by HTC America, Inc. or any other

2           named defendant joining the Stipulation of any defense, including but not limited

3           to the defenses of lack of personal jurisdiction, subject matter jurisdiction,

4           improper venue, sufficiency of process, or service of process.

5        4.  As a condition of entry into this Stipulation, defendant HTC America, Inc. and any

6           other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are

7           complying with and will continue to comply with all evidentiary preservation

8           obligations under governing law.

9           IT IS SO STIPULATED.

10

11    DATED:  January 9, 2012               MUNGER, TOLLES & OLSON LLP

12

13                               By:  */s/ Rosemarie T. Ring*

14                                  Rosemarie T. Ring
                                      Attorneys for Defendant

15                                  HTC America, Inc.

16

17    DATED:  January 9, 2012               HAGENS BERMAN SOBOL SHAPIRO LLP

18

19                                 By:  */s/ Robert F. Lopez*

20                                  Robert F. Lopez
                                    Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

16057050.1                  - 3 -      STIPULATION TO EXTEND TIME TO RESPOND TO
                                        COMPLAINT & [] ORDER
                                        CASE NO.  5:11-CV-06199 RMW

1          **[] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: _____          _____
5                                              Ronald M. Whyte
6                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATION</u>**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION RE: EXTENSION  OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT.  In compliance with General Order 45.X.B., I hereby attest that Robert F. Lopez concurred in this filing.

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT & [] ORDER
CASE NO.  5:11-CV-06199 RMW