| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP<br>HENRY WEISSMANN (SBN 132418)<br>Henry.Weissmann@mto.com<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br><br>MUNGER, TOLLES & OLSON LLP<br>ROSEMARIE T. RING (SBN 220769)<br>Rose.Ring@mto.com<br>JONATHAN H. BLAVIN (SBN 230269)<br>Jonathan.Blavin@mto.com<br>VICTORIA L. BOESCH (SBN 228561)<br>Victoria.Boesch@mto.com<br>BRYAN H. HECKENLIVELY (SBN 279140)<br>Bryan.Heckenlively@mto.com<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br><br>Attorneys for Defendant HTC AMERICA, INC. | HAGENS BERMAN SOBOL SHAPIRO LLP<br>STEVE W. BERMAN, *pro hac vice*<br>steve@hbsslaw.com<br>ROBERT F. LOPEZ, *pro hac vice*<br>robl@hbsslaw.com<br>THOMAS E. LOESER (SBN 202724)<br>toml@hbsslaw.com<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA  98101<br>Telephone:  (206) 623-7292<br>Facsimile:  (206) 623-0594<br><br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>SHANA E. SCARLETT (SBN 217895)<br>shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA  94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLLEEN FISCHER; KURT FAIRFIELD; HARRY SARAFIAN; DAVID WILLIAMS; STEPHANIE WIRTH; JOHN SWAFFORD; LUKE SZULCZEWSKI; RICHARD ROSENFELD; MICHAEL ZEMARTIS; TIMOTHY DODSON; EVAN BROOKS; MARCUS NEAL; BRIAN SANDSTROM; JOHN WOODS; LEONARD HOBBS; and KENNETH TISHENKEL, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC., LG ELECTRONICS, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; HTC CORPORATION; HTC AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, INC.,,<br><br>             Defendants. | CASE NO.  5:11-cv-06199 RMW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1    WHEREAS the above-referenced plaintiffs filed the above-captioned case;

2    WHEREAS the above-referenced plaintiffs allege violations of the Federal

3 Wiretap Act and other laws by the defendants in this case;

4    WHEREAS over 50 other complaints have been filed to-date in federal district

5 courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

6 cellular telephone and other device users on whose devices software made by defendant Carrier

7 IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ

8 cases");

9    WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

10 Litigation to transfer the CIQ cases to this jurisdiction for coordinated or consolidated pretrial

11 proceedings pursuant to 28 U.S.C. § 1407, and numerous responses to the motion supporting

12 coordination or consolidation have been filed;

13    WHEREAS plaintiffs anticipate the possibility of one or more consolidated

14 amended complaints in the CIQ cases;

15    WHEREAS plaintiffs and defendant HTC America, Inc. have agreed that an

16 orderly schedule for any response to the pleadings in the CIQ cases would be more efficient for

17 the parties and for the Court;

18    WHEREAS plaintiffs agree that the deadline for defendant HTC America, Inc. to

19 answer, move, or otherwise respond to their complaint shall be extended until the earliest of the

20 following dates: (1) forty-five days after the filing of a consolidated amended complaint in the

21 CIQ cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs

22 do not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court

23 or the MDL transferee court; *provided*, however, that in the event that HTC America, Inc. should

24 agree to an earlier response date in any of these cases, HTC America, Inc. will respond to the

25 complaint in the above-captioned action on that earlier date;

26    WHEREAS plaintiffs further agree that this extension is available, without further

27 stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of

28 their intention to join this Stipulation;

16057050.1                                                                 STIPULATION TO EXTEND TIME TO RESPOND TO
                                                                           COMPLAINT & [] ORDER
                                                                           CASE NO. 5:11-CV-06199 RMW

1  WHEREAS this Stipulation does not constitute a waiver by HTC America, Inc. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation does not constitute a waiver of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process; and

WHEREAS, plaintiffs and defendant HTC America, Inc., as well as any defendant joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that that the delay brought about by this Stipulation should not result in the loss of any evidence,

Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced case and defendant HTC America, Inc., by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for HTC America, Inc. to answer, move, or otherwise respond to plaintiffs' complaint shall be extended until the earliest of the following dates: forty-five days after the filing of a consolidated amended complaint in these cases; or forty-five days after plaintiffs provide written notice to defendant HTC America, Inc. that plaintiffs do not intend to file a Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that HTC America, Inc. should agree to an earlier response date in any of these cases, except by court order, HTC America, Inc. will respond to the complaint in the above-captioned case on that earlier date.

2. This extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation;

3. This Stipulation does not constitute a waiver by HTC America, Inc. or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. As a condition of entry into this Stipulation, defendant HTC America, Inc. and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.

DATED: January 9, 2012           MUNGER, TOLLES & OLSON LLP

By: */s/ Rosemarie T. Ring*
    Rosemarie T. Ring
    Attorneys for Defendant
    HTC America, Inc.

DATED: January 9, 2012           HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Robert F. Lopez*
    Robert F. Lopez
    Attorneys for Plaintiffs

1  **[] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: _____

5  _____
   Ronald M. Whyte
   United States District Judge

| | |
|---|---|
| 1 | **<u>CERTIFICATION</u>** |

2  I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Robert F. Lopez concurred in this filing.