PHILLIP F. SHINN (State Bar No. 112051)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436
Email:       pshinn@foxrothschild.com

Attorneys for Defendant
LG ELECTRONICS MOBILECOMM U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLLEEN FISCHER, a Wisconsin resident; KURT FAIRFIELD, a Wisconsin resident; HARRY SARAFIAN, a California resident; DAVID WILLIAMS, a California resident; STEPHANIE WIRTH, a California resident; JOHN SWAFFORD, a Florida resident; LUKE SZULCZEWSKI, an Illinois resident; RICHARD ROSENFELD, a Kentucky resident; MICHAEL ZEMARTIS, a New Jersey resident; TIMOTHY DODSON, a Texas resident; EVAN BROOKS, a Washington resident; MARCUS NEAL, a Washington resident; BRIAN SANDSTROM, a Washington resident; JOHN WOODS, a Washington resident; LEONARD HOBBS, a Nevada resident; and KENNETH TISHENKEL, an Ohio resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, a Delaware corporation; LG ELECTRONICS. INC., a Korean company; LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation; HTC CORPORATION, a Taiwanese company; HTC AMERICA, INC., a Washington corporation; SAMSUNG ELECTRONICS CO., LTD., a Korean company; SAMSUNG ELECTRONICS AMERICA, Inc. a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:11-CV-06199-RMW<br><br>**DEFENDANT LG ELECTRONICS MOBILECOMM U.S.A., INC.'S JOINDER IN STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br><br><br>Complaint Filed: December 9, 2011 |

Pursuant to paragraph 2 of the attached Exhibit A: "Stipulation to Extend Time for Defendant to Respond to Complaint and [Proposed] Order Extending Time to Respond to Complaint", Defendant LG Electronics Mobilecomm U.S.A., Inc.(hereafter, "LGEMUS"), and Plaintiffs in the above-reference case, hereby stipulate that LGEMUS joins the stipulation attached as Exhibit A, which was reached between Plaintiffs and Defendant HTC America, Inc. on January 9, 2012, and that all of the same terms of the stipulation attached as Exhibit A are agreed upon by Plaintiffs and LGEMUS

IT IS SO STIPULATED.

DATED: January 10, 2012        FOX ROTHSCHILD LLP

By /s/ Phillip F. Shinn
Phillip F. Shinn (State Bar No. 112051)
pshinn@foxrothschild.com
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Ph: 415-364-5540 // Fax: 415-391-4436
*Attorneys for Defendant LG Electronics Mobilecomm, U.S.A., Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Robert F. Lopez
Steve W. Berman, *pro hac vice*
Robert F. Lopez, *pro hac vice*
Thomas E. Loeser (State Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Ph: 206-623-7292

SHANA E. SCARLETT (State Bar No. 217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Ph: 510-725-3000 // Fax: 510-725-3001
shanas@hbsslaw.com
*Attorneys for Plaintiffs and the Proposed Class*

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, it is SO ORDERED.

Dated:_____



_____
Honorable Ronald M. Whyte
United States District Judge

FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540   Fax: (415) 391-4436

3

5:11-cv-6199-RMW                 LG Electronics Mobilecomm U.S.A., Inc.'s Joinder in Stipulation
SF1 85573v3 01/10/12

# CERTIFICATION

I, Phillip F. Shinn, am the ECF User whose identification and password are being used to file this **JOINDER IN STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT.** In compliance with General Order 45.X.B, I hereby attest that Robert F. Lopez has concurred in this filing.

DATED: January 10, 2012     By /s/ Phillip F. Shinn
Phillip F. Shinn (State Bar No. 112051)
pshinn@foxrothschild.com
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Ph: 415-364-5540  //  Fax: 415-391-4436
*Attorneys for Defendant LG Electronics Mobilecomm, U.S.A., Inc.*