PHILLIP F. SHINN (State Bar No. 112051)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436
Email:       pshinn@foxrothschild.com

Attorneys for Defendant
LG ELECTRONICS MOBILECOMM U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLLEEN FISCHER, a Wisconsin resident; KURT FAIRFIELD, a Wisconsin resident; HARRY SARAFIAN, a California resident; DAVID WILLIAMS, a California resident; STEPHANIE WIRTH, a California resident; JOHN SWAFFORD, a Florida resident; LUKE SZULCZEWSKI, an Illinois resident; RICHARD ROSENFELD, a Kentucky resident; MICHAEL ZEMARTIS, a New Jersey resident; TIMOTHY DODSON, a Texas resident; EVAN BROOKS, a Washington resident; MARCUS NEAL, a Washington resident; BRIAN SANDSTROM, a Washington resident; JOHN WOODS, a Washington resident; LEONARD HOBBS, a Nevada resident; and KENNETH TISHENKEL, an Ohio resident, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CARRIER IQ, a Delaware corporation; LG ELECTRONICS. INC., a Korean company; LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation; HTC CORPORATION, a Taiwanese company; HTC AMERICA, INC., a Washington corporation; SAMSUNG ELECTRONICS CO., LTD., a Korean company; SAMSUNG ELECTRONICS AMERICA, Inc. a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, INC., a Delaware corporation, <br><br> Defendants. | Case No. 5:11-CV-06199-RMW <br><br> **DEFENDANT LG ELECTRONICS MOBILECOMM U.S.A., INC.'S JOINDER IN STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Complaint Filed: December 9, 2011 |

Pursuant to paragraph 2 of the attached Exhibit A: "Stipulation to Extend Time for Defendant to Respond to Complaint and [Proposed] Order Extending Time to Respond to Complaint", Defendant LG Electronics Mobilecomm U.S.A., Inc.(hereafter, "LGEMUS"), and Plaintiffs in the above-reference case, hereby stipulate that LGEMUS joins the stipulation attached as Exhibit A , which was reached between Plaintiffs and Defendant HTC America, Inc. on January 9, 2012, and that all of the same terms of the stipulation attached as Exhibit A are agreed upon by Plaintiffs and LGEMUS

IT IS SO STIPULATED.

DATED: January 10, 2012        FOX ROTHSCHILD LLP

By /s/ Phillip F. Shinn
Phillip F. Shinn (State Bar No. 112051)
pshinn@foxrothschild.com
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Ph: 415-364-5540 // Fax: 415-391-4436
*Attorneys for Defendant LG Electronics Mobilecomm, U.S.A., Inc.*

HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Robert F. Lopez
Steve W. Berman, *pro hac vice*
Robert F. Lopez, *pro hac vice*
Thomas E. Loeser (State Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Ph: 206-623-7292

SHANA E. SCARLETT (State Bar No. 217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Ph: 510-725-3000 // Fax: 510-725-3001
shanas@hbsslaw.com
*Attorneys for Plaintiffs and the Proposed Class*

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, it is SO ORDERED.

Dated:_____



_____
Honorable Ronald M. Whyte
United States District Judge

FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540  Fax: (415) 391-4436

# CERTIFICATION

I, Phillip F. Shinn, am the ECF User whose identification and password are being used to file this **JOINDER IN STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT.** In compliance with General Order 45.X.B, I hereby attest that Robert F. Lopez has concurred in this filing.

DATED: January 10, 2012     By /s/ Phillip F. Shinn
Phillip F. Shinn (State Bar No. 112051)
pshinn@foxrothschild.com
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
Ph: 415-364-5540  //  Fax: 415-391-4436
*Attorneys for Defendant LG Electronics Mobilecomm, U.S.A., Inc.*

FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540  Fax: (415) 391-4436