| | |
|---|---|
| 1 | LANCE A. ETCHEVERRY (STATE BAR NO. 199916) |
| | Lance.Etcheverry@skadden.com |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 3 | Los Angeles, California 90071 |
| | Telephone: (213) 687-5000 |
| 4 | Facsimile: (213) 687-5600 |
| 5 | S. SHERYL LEUNG (STATE BAR NO. 238229) |
| | Sheryl.Leung@skadden.com |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 525 University Avenue, Suite 1100 |
| 7 | Palo Alto, California 94301 |
| | Telephone: (650) 470-4500 |
| 8 | Facsimile: (650) 470-4570 |
| 9 | Attorneys for Defendants |
| | SAMSUNG ELECTRONICS AMERICA, INC. and |
| 10 | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| COLLEEN FISCHER, a Wisconsin resident; ) | **CASE NO. 5:11-CV-06199-RMW** |
| KURT FAIRFIELD, a Wisconsin resident; ) | |
| HARRY SARAFIAN, a California resident; ) | **STIPULATION RE CONTINUANCE OF** |
| DAVID WILLIAMS, a California resident; ) | **TIME FOR DEFENDANTS TO** |
| STEPHANIE WIRTH, a California resident; ) | **RESPOND TO COMPLAINT AND** |
| JOHN SWAFFORD, a Florida resident; ) | **[] ORDER EXTENDING** |
| LUKE SZULCZEWSKI, an Illinois resident; ) | **TIME TO RESPOND TO COMPLAINT** |
| RICHARD ROSENFELD, a Kentucky resident; ) | |
| MICHAEL ZEMARTIS, a New Jersey resident; ) | |
| TIMOTHY DODSON, a Texas resident; ) | |
| EVAN BROOKS, a Washington resident; ) | |
| MARCUS NEAL, a Washington resident; ) | |
| BRIAN SANDSTROM, a Washington resident; ) | |
| JOHN WOODS, a Washington resident; ) | |
| LEONARD HOBBS, a Nevada resident; and ) | |
| KENNETH TISHENKEL, an Ohio resident, on ) | |
| behalf of themselves and all others similarly ) | |
| situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CARRIER IQ, INC., a Delaware corporation; ) | |
| LG ELECTRONICS, INC., a Korean company; ) | |
| LG ELECTRONICS MOBILECOMM U.S.A., ) | |
| INC., a California Corporation; ) | |
| HTC CORPORATION, a Taiwanese company; ) | |

| | |
|---|---|
| 1 | HTC AMERICA, INC., a Washington ) |
| 2 | corporation; SAMSUNG ELECTRONICS CO., ) LTD., a Korean company; SAMSUNG ) |
| 3 | ELECTRONICS AMERICA, INC., a New ) York corporation; and SAMSUNG ) |
| 4 | TELECOMMUNICATIONS AMERICA, INC., ) a Delaware corporation, ) |
| 5 | Defendants. ) ) |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  WHEREAS the above-referenced plaintiffs filed the above-captioned case;

2  WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap
3  Act and other laws by the defendants in this case;

4  WHEREAS, there have been no other modifications to the time to answer, move or
5  otherwise respond to the complaint in this action with respect to claims asserted against defendants
6  Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC[1] (the
7  "Samsung Defendants");

8  WHEREAS, pursuant to an ADR Scheduling Order dated December 9, 2011, the
9  Initial Case Management Conference in the above-captioned action is scheduled for March 6,
10  2012;

11  WHEREAS, over 50 other complaints have been filed to-date in federal district
12  courts throughout the United States by plaintiffs purporting to bring class actions on behalf of
13  cellular telephone and other device users on whose devices software made by defendant Carrier IQ,
14  Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

15  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict
16  Litigation to transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial
17  proceedings pursuant to 28 U.S.C. Sec. 1407, and responses to the motion supporting coordination
18  or consolidation have been filed;

19  WHEREAS plaintiffs anticipate the possibility of one or more consolidated
20  amended complaints in the CIQ cases;

21  WHEREAS plaintiffs and the Samsung Defendants have agreed that an orderly
22  schedule for any response to the pleadings in the CIQ cases would be more efficient for the parties
23  and for the Court;

24  WHEREAS plaintiffs agree that the deadline for the Samsung Defendants to
25  answer, move, or otherwise respond to their complaint shall be extended until the earliest of the

---

[1] Samsung Telecommunications America, LLC was erroneously sued as Samsung Telecommunications America, Inc.

1
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [] ORDER    CASE NO. 5:11-CV-06199-RMW

1  following dates: (1) forty-five days after the filing of a consolidated amended complaint in the CIQ
2  cases; or (2) forty-five days after plaintiffs provide written notice to defendants that plaintiffs do
3  not intend to file a consolidated amended complaint; or (3) as otherwise ordered by this Court or
4  the MDL transferee court; provided, however, that in the event that any of the Samsung Defendants
5  should agree to an earlier response date in any of these cases, that Samsung Defendant will respond
6  to the complaint in the above-captioned action on that earlier date;
7           WHEREAS plaintiffs further agree that this extension is available, without further
8  stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of
9  their intention to join this Stipulation;
10          WHEREAS this Stipulation does not constitute a waiver by the Samsung
11 Defendants of any defense, including but not limited to the defenses of lack of personal
12 jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of
13 process;
14          WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation
15 does not constitute a waiver of any defense, including but not limited to the defenses of lack of
16 personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service
17 of process; and
18          WHEREAS, plaintiffs and the Samsung Defendants, as well as any defendant
19 joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that
20 defendants have received litigation hold letters, that they are complying with and will continue to
21 comply with all of their evidence preservation obligations under governing law, and that the delay
22 brought about by this Stipulation should not result in the loss of any evidence.
23          Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced
24 case and the Samsung Defendants, by and through their respective counsel of record, hereby
25 stipulate as follows:
26      1.      The deadline for the Samsung Defendants to answer, move, or otherwise
27 respond to plaintiffs' complaint shall be extended until the earliest of the following dates: forty-five
28 days after the filing of a consolidated amended complaint in these cases; or forty-five days after

plaintiffs provide written notice to the Samsung Defendants that plaintiffs do not intend to file a Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee court; provided, however, that in the event that any of the Samsung Defendants should agree to an earlier response date in any of these cases, except by court order, that Samsung Defendant will respond to the complaint in the above-captioned case on that earlier date.

2. This extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation.

3. This Stipulation does not constitute a waiver by the Samsung Defendants or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. As a condition of entry into this Stipulation, the Samsung Defendants and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.

DATED: January 11, 2012

                          HAGENS BERMAN SOBOL SHAPIRO LLP

                          By:   /s/ *Thomas E. Loeser*
                                Steve W. Berman, *pro hac vice*
                                Robert F. Lopez, *pro hac vice*
                                Thomas E. Loeser (202724)
                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                1918 Eighth Avenue, Suite 3300
                                Seattle, WA  98101
                                (206) 623-7292

                                SHANA E. SCARLETT (217895)
                                715 Hearst Avenue, Suite 202
                                Berkeley, CA  94710
                                Telephone: (510) 725-3000
                                Facsimile:  (510) 725-3001
                                shanas@hbsslaw.com

                                Attorneys for Plaintiffs and the Proposed Class

| | |
|---|---|
| 1 | |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | By:  /s/ *Lance A. Etcheverry* |
| 4 | Lance A. Etcheverry |
| 5 | 300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Telephone:   (213) 687-5000 |
| 6 | Facsimile:    (213) 687-5600<br>lance.etcheverry@skadden.com |
| 7 | |
| 8 | Attorneys for Defendants<br>SAMSUNG ELECTRONICS AMERICA, INC. and |
| 9 | SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

4

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [] ORDER**          **CASE NO. 5:11-CV-06199-RMW**

| | |
|---|---|
| 1 | **CERTIFICATION** |
| 2 | I, Lance A. Etcheverry, am the ECF User whose identification and password are being used |
| 3 | to file this **STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANTS TO** |
| 4 | **RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO** |
| 5 | **RESPOND TO COMPLAINT**. In compliance with General Order 45.X.B, I hereby attest that |
| 6 | Thomas Loeser has concurred in this filing. |

DATED: January 11, 2012

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ *Lance A. Etcheverry*
             Lance A. Etcheverry

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2012

By: _____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [] ORDER     CASE NO. 5:11-CV-06199-RMW