| | |
|---|---|
| 1 | RODGER R. COLE (CSB No. 178865) |
|   | rcole@fenwick.com |
| 2 | MOLLY R. MELCHER (CSB No. 272950) |
|   | mmelcher@fenwick.com |
| 3 | FENWICK & WEST LLP |
|   | Silicon Valley Center |
| 4 | 801 California Street |
|   | Mountain View, CA 94041 |
| 5 | Telephone: 650.988.8500 |
|   | Facsimile: 650.938.5200 |
| 6 | |
|   | TYLER G. NEWBY (CSB No. 205790) |
| 7 | tnewby@fenwick.com |
|   | JENNIFER J. JOHNSON (CSB No. 252897) |
| 8 | jjjohnson@fenwick.com |
|   | 555 California Street, 12th Floor |
| 9 | San Francisco, CA 94104 |
|   | Telephone: 415.875.2300 |
| 10 | Facsimile: 415.281.1350 |
| 11 | Attorneys for Defendant |
|   | Carrier IQ, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLLEEN FISCHER, a Wisconsin resident; KURT FAIRFIELD, a Wisconsin resident; HARRY SARAFIAN, a California resident; DAVID WILLIAMS, a California resident; STEPHANIE WIRTH, a California resident; JOHN SWAFFORD, a Florida resident; LUKE SZULCZEWSKI, an Illinois resident; RICHARD ROSENFELD, a Kentucky resident; MICHAEL ZEMARTIS, a New Jersey resident; TIMOTHY DODSON, a Texas resident; EVAN BROOKS, a Washington resident; MARCUS NEAL, a Washington resident; BRIAN SANDSTROM, a Washington resident; JOHN WOODS, a Washington resident; LEONARD HOBBS, a Nevada resident; and KENNETH TISHENKEL, an Ohio resident, on behalf of themselves and all others similarly situated, | Case No.: 11-CV-6199-RMW<br><br>**[] ORDER GRANTING STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| Plaintiffs, | |
| v. | |
| CARRIER IQ, a Delaware corporation; LG ELECTRONICS. INC., a Korean company; LG ELECTRONICS MOBILECOMM U.S.A., | |

[] ORDER                                                                                                              11-CV-6199-RMW

1  INC., a California corporation; HTC
   CORPORATION, a Taiwanese company; HTC
2  AMERICA, INC., a Washington corporation;
   SAMSUNG ELECTRONICS CO., LTD., a
3  Korean company; SAMSUNG ELECTRONICS
   AMERICA, Inc. a New York corporation; and
4  SAMSUNG TELECOMMUNICATIONS
   AMERICA, INC., a Delaware corporation,
5
6           Defendants.

7       Pursuant to stipulation, it is SO ORDERED.

8  Dated: FEB 1 5

9                                    
                                      Honorable Ronald M. Whyte
10                                    United States District Judge