1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:  650.988.8500
    Facsimile:  650.938.5200
6
7   TYLER G. NEWBY (CSB No. 205790)
    tnewby@fenwick.com
8   JENNIFER J. JOHNSON (CSB No. 252897)
    jjjohnson@fenwick.com
9   555 California Street, 12th Floor
    San Francisco, CA 94104
10  Telephone:  415.875.2300
    Facsimile:  415.281.1350

11  Attorneys for Defendant
    Carrier IQ, Inc.

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16  COLLEEN FISCHER, a Wisconsin resident;        Case No.: 11-CV-6199-RMW
    KURT FAIRFIELD, a Wisconsin resident;
17  HARRY SARAFIAN, a California resident;        **[] ORDER GRANTING
    DAVID WILLIAMS, a California resident;        STIPULATION RE CONTINUANCE
18  STEPHANIE WIRTH, a California resident;       OF TIME FOR DEFENDANT TO
    JOHN SWAFFORD, a Florida resident; LUKE       RESPOND TO COMPLAINT AND
19  SZULCZEWSKI, an Illinois resident;            [PROPOSED] ORDER EXTENDING
    RICHARD ROSENFELD, a Kentucky resident;       TIME TO RESPOND TO COMPLAINT**
20  MICHAEL ZEMARTIS, a New Jersey resident;
    TIMOTHY DODSON, a Texas resident; EVAN
21  BROOKS, a Washington resident; MARCUS
    NEAL, a Washington resident; BRIAN
22  SANDSTROM, a Washington resident; JOHN
    WOODS, a Washington resident; LEONARD
23  HOBBS, a Nevada resident; and KENNETH
    TISHENKEL, an Ohio resident, on behalf of
24  themselves and all others similarly situated,

25                    Plaintiffs,

26        v.

27  CARRIER IQ, a Delaware corporation;
    LG ELECTRONICS. INC., a Korean company;
28  LG ELECTRONICS MOBILECOMM U.S.A.,

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  INC., a California corporation; HTC
   CORPORATION, a Taiwanese company; HTC
2  AMERICA, INC., a Washington corporation;
   SAMSUNG ELECTRONICS CO., LTD., a
3  Korean company; SAMSUNG ELECTRONICS
   AMERICA, Inc. a New York corporation; and
4  SAMSUNG TELECOMMUNICATIONS
   AMERICA, INC., a Delaware corporation,

5
                    Defendants.
6

7           Pursuant to stipulation, it is SO ORDERED.

8  Dated: _____

9                                           
                                            _____
   Honorable Ronald M. Whyte
   United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW